GEORGE C. TENNANT, PROSECUTOR-RESPONDENT, v. CITY OF JERSEY CITY AND STATE BOARD OF TAX APPEALS, DEFENDANTS-APPELLANTS.

Argued May 18, 1939—Decided September 22, 1939.

For the appellants, *James A. Hamill* (*Frank P. McCarthy*, of counsel).

For the respondent, *George C. Tennant, pro se.*

PER CURIAM.

This is an appeal from a judgment of the Supreme Court on *certiorari* that fixed the assessment on the respondent's land and residence for the tax year of 1936 at $15,000. The record is replete with contradictory evidence and such facts as are undisputed are susceptible of conflicting inferences. The record as a whole presents a close factual situation.

It is a settled rule that findings of fact by the Supreme Court on conflicting evidence, or on uncontroverted evidence reasonably susceptible of conflicting inference, are conclusive on appeal where such findings of fact are based upon competent evidence. *Jersey City* v. *State Water Policy Commission,* 118 *N. J. L.* 72, 77; *Dana College* v. *State Board, &c.,* 117 *Id.* 530; *West Shore Railroad Co.* v. *Board of Public Utility Commissioners,* 112 *Id.* 83; *Angelotti* v. *Montclair,* 109 *Id.* 360; *Kohn* v. *Tilt,* 103 *Id.* 110; *Collingswood* v. *Water Supply Commission,* 85 *Id.* 567; *Yellow Pine Co.* v. *State Board of Assessors,* 72 *Id.* 182; *Moran* v. *Jersey City,* 58 *Id.* 653. The finding below is supported by competent proof and such finding is controlling here.

For this reason the judgment is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.